IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| SABRINA P. CAMPBELL, | ) |
|     Plaintiff, | ) |
| v. | ) No. 2:24-cv-2967-SHL-atc |
| CIRCLE K STORES, INCORPORATED, | ) |
|     Defendant. | ) |

**ORDER GRANTING IN PART JOINT MOTION TO EXTEND DEADLINE FOR ALTERNATIVE DISPUTE RESOLUTION**

Before the Court is the Joint Motion to Extend Deadline for Alternative Dispute Resolution, filed by Plaintiff Sabrina P. Campbell and Defendant Circle K Stores, Incorporated, on June 20, 2025. (ECF No. 28.) The Motion seeks a ten-week extension, until August 29, 2025, for the Parties to conduct alternative dispute resolution or, alternatively, until the Court issues a ruling on the Defendant's Corrected Motion to Compel Arbitration and Stay Proceedings (ECF No. 22). The Parties assert that they need additional discovery in order to conduct a mediation, and have not had sufficient time to conduct such discovery given the briefing they have filed regarding the pending motion to compel arbitration. On July 2, 2025, the Parties filed a notice that they have scheduled a mediation on August 19, 2025. (ECF No. 30.)

For good cause shown, the Motion is **GRANTED IN PART**. The Parties shall have until the date of their scheduled mediation, August 19, 2025, in which to conduct their mediation.

**IT IS SO ORDERED,** this 11th day of July, 2025.

                                                  s/ Sheryl H. Lipman
                                                SHERYL H. LIPMAN
                                                CHIEF UNITED STATES DISTRICT JUDGE